No. 04–6631. LOPEZ-CARDENAS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 04–6632. COUNTY *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 04–6636. MARTINEZ-LEGARDA *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 04–6645. BROWN *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 04–6646. MASON *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 04–87. KOYO SEIKO CO., LTD., ET AL. *v.* UNITED STATES. C. A. Fed. Cir. Motion of Government of Japan for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 04–101. BEARD, SECRETARY, PENNSYLVANIA DEPARTMENT OF CORRECTIONS, ET AL. *v.* HOLLOWAY. C. A. 3d Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 04–237. IRVIN, INDIVIDUALLY AND ON BEHALF OF HER MINOR CHILD, IRVIN, ET AL. *v.* HYDROCHEM INC. ET AL. C. A. 5th Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 04–6449. MEADOR *v.* UNITED STATES ET AL. C. A. 6th Cir. Certiorari before judgment denied.

No. 03–1402. SATRE-BUISSON *v.* ASHCROFT, ATTORNEY GENERAL, 541 U. S. 1086. Petition for rehearing denied.

No. 03–22. TROUT ET AL. *v.* JOHNSON, ACTING SECRETARY OF THE NAVY, ET AL., 540 U. S. 981. Motion for leave to file petition for rehearing denied.